IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

RICHARD F. HART and
LILA N. HART,

        Plaintiffs,

v. // CIVIL ACTION NO. 1:07CV52
                                     (Judge Keeley)

SHERIFF TED MASTON, Pleasants
County Sheriff's Department,
SGT. C.E. TEMPLETON, Pleasants
County Sheriff's Department,
WILLIAM STULL, St. Mary's
Police Department, PLEASANTS
COUNTY SHERIFF'S DEPARTMENT,

        Defendants.

## ORDER RESCHEDULING SCHEDULING CONFERENCE

For reasons appearing to the Court, the scheduling conference previously set for **December 7, 2007 at 2:30 p.m.**, is **RESCHEDULED** for **December 13, 2007 at 4:30 p.m.** at the **Clarksburg, West Virginia**, point of holding court. Counsel may appear by telephone. If the scheduling conference is to be by telephone, the Court directs Boyd Warner to initiate the call to **(304)624-5850**. All counsel shall notify Mr. Warner no later than 10:00 a.m. on December 13, 2007 of the number where they may be reached at the time of the call.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: December 4, 2007.

                                  /s/ Irene M. Keeley
                                  IRENE M. KEELEY
                                  UNITED STATES DISTRICT JUDGE