```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**RICHARD F. HART and LILA N. HART,**

    **Plaintiffs,**

**v.**                       //     **CIVIL ACTION NO. 1:07CV52**
                                             **(Judge Keeley)**

**SHERIFF TED MASTON, Pleasants
County Sheriff's Department,
SGT. C.E. TEMPLETON, Pleasants
County Sheriff's Department,
WILLIAM STULL, St. Mary's
Police Department, PLEASANTS
COUNTY SHERIFF'S DEPARTMENT,**

    **Defendants.**

### **SECOND ORDER RESCHEDULING SCHEDULING CONFERENCE**

For reasons appearing to the Court, the scheduling conference previously set for **December 13, 2007 at 4:30 p.m.**, is **RESCHEDULED** for **December 19, 2007 at 4:00 p.m.** at the **Clarksburg, West Virginia**, point of holding court. Counsel may appear by telephone. If the scheduling conference is to be by telephone, the Court directs Boyd Warner to initiate the call to **(304)624-5850**. All counsel shall notify Mr. Warner no later than 10:00 a.m. on December 13, 2007 of the number where they may be reached at the time of the call.

    It is so **ORDERED**.

    The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: December 6, 2007.

                                            /s/ Irene M. Keeley
                                            IRENE M. KEELEY
                                            UNITED STATES DISTRICT JUDGE